### SINYARD *v.* COUCH *et al.*

BECK, P. J. Under the facts of this case there was no error in refusing the injunction prayed.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*

No. 524. MAY 16, 1918.

Petition for injunction. Before Judge Pendleton. Fulton superior court. May 25, 1917.

*James & Bedgood,* for plaintiff. *Horace Russell,* for defendants.